THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile:(415) 276-6599
Email: thomasburke@dwt.com

DAVID S. BRALOW (*pro hac vice forthcoming*)
VICTORIA J. NOBLE (CA State Bar No. 337290)
FIRST LOOK INSTITUTE, INC.
114 5th Avenue
New York, New York 10011-5604
Telephone: (917) 477-6500
Facsimile:
Email: david.bralow@theintercept.com
          victoria.noble@theintercept.com

Attorneys for Plaintiffs
FIRST LOOK INSTITUTE, INC.,
and SAM BIDDLE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST LOOK INSTITUTE, INC., and SAM BIDDLE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. MARINE CORPS,<br><br>　　　　　Defendants. | Case No. 2:21-cv-05087<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**[Local Rule 7.1-1]** |

1   In accordance with Local Rule 7.1-1, the undersigned counsel of record for
2   Plaintiffs FIRST LOOK INSTITUTE, INC. and SAM BIDDLE certify that the
3   following listed parties have a direct, pecuniary interest in the outcome of this case.
4   These representations are made to enable the Court to evaluate possible
5   disqualification or recusal.
6       None.

8   Dated:  June 25, 2021

                                            Respectfully submitted,

                                            DAVIS WRIGHT TREMAINE LLP
                                            THOMAS R. BURKE


                                            By: /s/ *Thomas R. Burke*
                                                    THOMAS R. BURKE

                                            FIRST LOOK INSTITUTE, INC.
                                            DAVID S. BRALOW (*pro hac vice* forthcoming)
                                            VICTORIA J. NOBLE

                                            Attorneys for Plaintiffs
                                            FIRST LOOK INSTITUTE, INC.,
                                            and SAM BIDDLE

DAVIS WRIGHT TREMAINE LLP

1
NOTICE OF INTERESTED PARTIES
Case No. 2:21-cv-05087