**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST LOOK INSTITUTE, INC. and SAM BIDDLE,<br><br>              Plaintiffs,<br><br>      v.<br><br>U.S. MARINE CORPS,<br><br>              Defendant. | Case No. 2:21-cv-05087-MCS-RAO<br><br>**JUDGMENT** |

Pursuant to this Court's Order Re: Cross-Motions for Summary Judgment,

IT IS ADJUDGED that judgment is entered in favor of Defendant U.S. Marine Corps and against Plaintiffs First Look Institute, Inc. and Sam Biddle on all claims in Plaintiffs' Complaint. The Court dismisses all claims with prejudice. Plaintiffs shall take nothing from this action, and Defendant is entitled to its costs of suit.

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE